MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702
Facsimile:    (510) 747-1640

Counsel for the
United States of America, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. **C 11-04181 M (LB)** |
| Plaintiff, | **JOINT STATUS STATEMENT** |
| v. | |
| **PAUL J. WARNER aka PAUL WARNER**, | |
| Defendant. | |

The above entitled parties submit the following status statement to the court.

The parties have met and conferred and are continuing to meet and confer and are engaged in meaningful settlement discussions.

Accordingly, the parties request that the court allow them to submit an updated status statement to the court in or about the week of March 5, 2012.

DATED: January 17, 2012

_____/s/_____
MICHAEL COSENTINO
Counsel for the United States

DATED: January 17, 2012

_____/s/_____
Paul J. Warner, defendant in pro se

IT IS SO ORDERED
Judge Laurel Beeler

The parties may file an updated joint status statement by March 9, 2012.

Date: January 23, 2012