UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br>PAUL WARNER,<br><br>  Defendant.<br>_____/ | No. C 11-04181 LB<br><br>**ORDER SETTING CASE<br>MANAGEMENT CONFERENCE** |

Plaintiff United States (the "Government") filed suit against Defendant Paul Warner to recover $85,345.75 in student loans that Mr. Warner allegedly owes it. Complaint, ECF No. 1.[1] The Government also seeks prejudgment interest, attorneys fees, and costs. *Id*.

On November 21, 2011, the court issued an order establishing case management procedures for this case. 11/21/12 Order, ECF No. 5. The order required that, after exchanging certain documents, the parties were to file and serve a letter informing the court of the status of the case. *Id*. at 2. That letter was to include the following:

  (a) A brief description of the events underlying the lawsuit;

  (b) What discovery the party intends to take, including, but not limited to, the identity
  of all persons the party intends to depose; and

  (c) A suggested trial date and an estimate of the length of trial.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-04181 LB

*Id.* The court stated that, upon review of the letter, it would set a case management conference to discuss the status of the case and to develop a trial schedule. *Id.*

The parties filed a joint status statement on January 23, 2012. First Statement, ECF No. 9. This statement did not include any of the required items. *Id.* Instead, the parties asked to submit an updated status statement at a later date. *Id.* The court granted their request and ordered the parties to file an updated joint status statement by March 5, 2012. 1/23/12 Order, ECF No. 10.

On March 2, 2012, the parties filed an updated joint status statement. Second Statement, ECF No. 11. This statement mentioned only some of the required items. *Id.*

Accordingly, the parties shall appear for a case management conference at 10:30 a.m. on April 12, 2012 in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. In preparation for the conference, the parties shall file, no later than April 5, 2012, a joint case management conference statement that not only contains the information described in the court's 11/21/12 Order but that also complies with this District's Civil Local Rule 16-9(a).

**IT IS SO ORDERED.**

Dated: March 16, 2012

_____
LAUREL BEELER
United States Magistrate Judge