1  **MICHAEL COSENTINO, SBN 83253**
   **Attorney at Law**
2  **P.O. Box 129**
   **Alameda, CA 94501**
3
   **Telephone:  (510) 523-4702**
4  **Facsimile:   (510) 747-1640**

5  Attorney for the Plaintiff
   United States of America
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11

12 **UNITED STATES OF AMERICA**,    )    Case No. **CV11-04181 LB**
                                    )
13                      Plaintiff,  )    **STIPULATION FOR ORDER**
                                    )    **VACATING ORDER TO MEDIATION**
14                                  )    **AND ORDER THEREON**
        v.                          )
15                                  )
                                    )
16 **PAUL WARNER**,                 )
                                    )
17                      Defendant.  )
   _____)
18

19     IT IS HEREBY STIPULATED by and between the Plaintiff, United States of

20 America, through its counsel of record, and Defendant, Paul Warner, that the order entered

21 April 13, 2012, that the parties were to participate in mediation by August 9, 2012, be

22 vacated, on the ground that the parties have held many conferences with the ADR

23 department, the mediator and each other, and agree that it will be impossible for mediation

24 ///

25 ///

26 ///

27 ///

28 ///

or any other form of ADR to be productive; accordingly, the partes wish to litigate the matter.

**SO STIPULATED**..

Dated: July 14, 2012  /s/
MICHAEL COSENTINO, Counsel
Plaintiff, United States of America

Dated: July 14, 2012  /s/
Paul Warner, Defendant

Having considered the above stipulation, the matter having been submitted and good cause therefor,

**THE COURT ORDERS THAT** the order entered April 13, 2012, that the parties were to participate in mediation by August 9, 2012, be, and hereby is, vacated

Dated: July 17, 2012
Laurel Beeler, United States Magistrate Judge

2