United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>PAUL J. WARNER,<br><br>      Defendant. | Case No.: CV 11-04181-LB (KAW)<br><br>ORDER VACATING 5/1/2013<br>SETTLEMENT CONFERENCE |

On April 4, 2013, this matter was referred to U.S. Magistrate Judge Kandis A. Westmore for settlement. On April 18, 2013, the settlement conference was rescheduled for May 2, 2013 to provide sufficient time for the exchange of financial information. (Dkt. No. 74.)

On May 1, 2013, Defendant Paul J. Warner notified the Court that he was experiencing a medical emergency and would be unable to attend the May 2, 2013 settlement conference. For that reason, the settlement conference is VACATED.

The Court is willing to reschedule the settlement conference on or before May 22, 2013. Should Defendant wish to participate and avail himself of this opportunity to negotiate a reduction of the judgment and devise a potential payment plan, he must contact opposing counsel to determine which dates are mutually agreeable and then contact Courtroom Deputy Susan Imbriani at (510) 637-3525 with those proposed dates in order to be placed on the Court's calendar.

IT IS SO ORDERED.

DATE: May 1, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge