UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>   v.<br>PAUL WARNER,<br><br>       Defendant.<br>_____/ | No. C 11-04181 LB<br><br>**ORDER (1) CONTINUING THE MAY 15, 2013 FURTHER CASE MANAGEMENT CONFERENCE AND (2) VACATING THE PRETRIAL CONFERENCE AND TRIAL** |

The court received Plaintiff's non-joint case management conference. The court **CONTINUES** the Further Case Management Conference that currently is set for May 15, 2013 to **Thursday, May 30, 2013 at 11:00 a.m.** The parties may appear at it by telephone through CourtCall. The parties shall file a joint case management conference statement no later than **Thursday, May 23, 2013**. Further, in light of this order, the court **VACATES** the Pretrial Conference and the trial, which currently are set for May 30, 2013 and June 10, 2013, respectively.

Mr. Warner's continued failure to participate will result in the court vacating the May 30, 2013 Further Case Management Conference and entering judgment in the case.

**IT IS SO ORDERED.**

Dated: May 12, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 11-04181 LB
ORDER